B1 (Official Form 1) (1/08)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Summit Flight Training Services LLC | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>dba ECF Aviation LLC; dba Summit Helicopter LLC | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **20-3338515** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>4570 Westgrove Drive, Suite 120<br>Addison, TX<br>ZIP CODE **75024** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Dallas** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

### Type of Debtor
(Form of Organization) (Check one box.)

- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontigent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2009 (Build 9.0.27.2, ID 2842261381)*

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Summit Flight Training Services LLC** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor:<br>**Hegel, Jason E. H. & Sue-Ellen H. Hegel** | Case Number:<br>**10-30347-SGJ-7** | Date Filed:<br>**1/13/2010** |
|---|---|---|
| District:<br>**N.D. Texas - Dallas** | Relationship:<br>**Affiliate** | Judge:<br>**Jernigan** |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X_____
Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): **Summit Flight Training Services LLC** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X_____ <br><br> X_____ <br><br> Telephone Number (If not represented by attorney) <br><br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only one box.) <br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X_____ <br> (Signature of Foreign Representative) <br><br> (Printed Name of Foreign Representative) <br><br> Date |

| Signature of Attorney* <br> X /s/ Howard Marc Spector <br> **Howard Marc Spector**    Bar No. **00785023** <br><br> Spector & Johnson, PLLC <br> 12770 Coit Road <br> Suite 1100 <br> Dallas, TX 75251 <br><br> Phone No. **(214) 365-5377**    Fax No. **(214) 237-3380** <br> 1-14-10 <br> Date <br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | Signature of Non-Attorney Bankruptcy Petition Preparer <br> I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> **Summit Flight Training Services LLC** <br> X /s/ Jason Hegel <br> Signature of Authorized Individual <br> **Jason Hegel** <br> Printed Name of Authorized Individual <br> **Member** <br> Title of Authorized Individual <br> 1-14-10 <br> Date | Address <br> X_____ <br><br> Date <br> Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  Summit Flight Training Services LLC          CASE NO

                                                     CHAPTER   7

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  1-14-10                                Signature _____
                                             Jason Hegel
                                             Member

Date _____                      Signature _____

Addison Airport
16051 Addison Road Ste 220
Addison TX 75001

Alexander, Kenneth
718 Amherst Dr
Waxahachie, TX 75165

Arrow Aviation
PO Box 2766
Addison, TX 75001

AT&T
PO Box 5001
Carol Stream, IL 60197

AT&T Advertising
PO Box 5010
Carol Stream, IL 60197

Bank of America Business Credit Express
PO Box 15710
Wilmington, DE 19886

Bank of America WorldPoints Rewards
PO Box 15710
Wilmington, DE 19886

Bay Area Aviation
15111 Lakeview Dr.
Baytown, TX 77520

Benson, Scott
2956 Muirfield Dr
Lewisville, TX 75067

Brazier, Flor
5325 Bent Tree Forest #3301
Dallas, TX 75248


Caldera, Monica
320 Bentson Dr
Argyle, TX 76226


Center Capital Corporation - JEHH
PO Box 330
Hartford, CT 06141


Center Capital Corporation - SEHH
PO Box 330
Hartford, CT 06141


Center Capital Corporation- JEHH
PO Box 330
Hartford, CT 06141


Center Capital Corporation- SEHH
PO Box 330
Hartford, CT 06141


Cessna Finance Corporation
100 North Broadway Ste 600
Wichita, KS 67202-2206


Cessna Finance Corporation
100 North Broadway Ste 600
Wichita, KS 67202


Chase Business Card
PO Box 94014
Palatine, IL 60094

Cintas Corporation #163
3450 Northern Cross Blvd
Fort Worth, TX 76137


Citibusiness /Advantage Card
PO Box 6401
The Lakes, NV 88901


City Merchant Services
Provided by FDMS Corporation
P.O. Box 17548
Denver Colorado 80217-7548


Cooper, Damon
7911 Country Ridge Lane
Plano, TX 75024


Corcoran, Kevin
9824 Wilkins Way
Plano, TX 75025


Dallas County Tax Office
Tax Assessor /Collector
500 Elm Street Dallas, Texas 75202-3304


Davis, Patrick Joseph
3930 Accent #2031
Dallas, TX 75287


Day, Matt
5801 Preston Oaks Rd #424
Dallas, TX 75254


DeAnda, Ramiro
3205 Hornet Court
Naval Air Station/JRB, TX 76127

Dell Financial Services
PO Box 5275
Carol Stream, IL 60197


Dell Financial Services
PO Box 6403
Carol Stream, IL 60197


Devore, George
106 Magnolia Dr
Waxahachie, TX 75165


Disa
PO Box 120314
Dallas, TX 75312


Dobard, Jeremy
500 W College St
Canton, TX 75103


Earwood, Gerald
301 Cypress Point Dr
Gunter, TX 75058


eCard Systems
1722 General George Patton #500A
Brentwood, TN 37027


Ellis, Canon
2628 Vista DelaRio
San Angelo, TX 76904


FedEx Corporation
U.S. Collections Department
P.O. Box 660481
Dallas, TX 75266-0481

FedEx Office
PO Box 672085
Dallas, TX 75267


Foresythe, Jo N
1901 W Spring Creek Pkwy #312
Plano, TX 75023


Frank Mihalopoulos
4645 N. Central Expressway, Ste 200
Dallas, TX 75205


Gazzo, Michael
56 Princeton Ave
Berkeley Heights, NJ 7922


Gober, Adam
6306 Windcrest Dr #2122
Plano, TX 75024


Gonzalez, Alberto
8737 Don Baldo Ct
Laredo, TX 78045


Harrison, Rob
100 Lee Trevino
Stephenville, TX 76401


Higgins, Kenneth W
#85 Augustine Court
Odessa, TX 79765


Hobson, Clint
1806 Saint James Court
Denton, TX 76210

Home Depot Credit Services
PO Box 6029
The Lakes, NV 88901


Idearc Media
PO Box 610830
Dallas, TX 75261


IRS
Special Procedure Staff
Mail Code 5020-DAL
1100 Commerce Street
Dallas, TX 75242

IRS
P.O. Box 21126
Philadelphia, PA 19114-0326


Jez, Eric
3001 Trailwood Ln
Flower Mound, TX 75028


Jinks, John
9055 Cotton Ridge Road
North McKinney, TX 75070


John Mihalopoulos
3401 N. Central Expressway
Plano, TX 75023


Johnson, Brandon
205 Hagan Rd
Whitehouse, TX 75791


Kasselman, Chris
288 Grindstone St.
Sunnyvale, TX 75182

Kinler, Marc Alexander
106 Yosemite Dr
Mansfield, TX 76063

Kobell, Kristi
1336 Grass Valley Dr
Rockwall, TX 75087

Koster, Michael
2540 Westview Ct
Prosper, TX 75078

Lange, Jeff
1603 Baxley St
Carrollton, TX 75006

Leuty, Eric
8160 Christie Dr
Frisco, TX 75034

Lewis, Trent
1251 N Legacy Dr
Prosper, TX 75078

Lumpkin, Josiah
1200 Oak Trail
Roanoke, TX 76262

Madrid, Rick
608 North Woods Ct
Cleburne, TX 76033

Mahaffey, John S
1189 Courtney Ln
Lewisville, TX 75077

McCracken, Allen
4362 Spring Valley Rd
Dallas, TX 75244

McGuire, Erin

Miller, Jeremy
1129 Holly Drive
Carrollton, TX 75010

Million Air
4300 Westgrove Dr
Addison, TX 75001

Million Air Dallas
Addison Airport
4300 Westgrove Drive
Addison, TX 75001

Milne, Peter
3225 Turtle Creek Blvd
Dallas, TX 75219

Mithcell, Tracy D
4353 Newton St
The Colony, TX 75056

Morrison, Jason
517 Nightshade Dr
Arlington, TX 76018

MPI Architects
5100 Belt Line Rd Ste 838
Dallas, TX 75254

Ms. Barb Hegel
15015 Cypress Hills Dr
Dallas, TX 75248


Nabors, Lloyd D
1330 Dowdy Ferry Road
Hutchins, TX 75141


OptiSky
16415 Addison Rd Suite 313
Addison, TX 75001


Pai
PO Box 6029
De Pere, Wi 54115


Partenheimer, Jeff
5308 Blackhawk
Plano, TX 75093


Passman & Jones
1201 Elm Street
Dallas, TX 75270


Patel, Chirag
1001 Deedee Creek Dr
Euless, TX 76040


Paul Fotopoulos
3401 N. Central Expressway
Plano, TX 75023


Peart, Richard
2601 West Oak St
Denton, TX 76201

Pioneer Telephone
P.O. Box 11018
Lewiston ME 04243-9469


Reeves, Robert
2509 Westridge Dr
Plano, TX 75075


Regis Property Management
14001 Dallas Pkwy #1230
Dallas, TX 75240


Ribman, Jamie
5315 Ursula Ln
Dallas, TX 75229


Ridge, Andrew
2730 Oak Tree Dr #1307
Carrollton, TX 75006


Rizzolo, Jennifer
1636 Diamond Lake Trail
Justin, TX 76247


Rua, Fabio
5025 Addison Cir #3420
Addison, TX 75001


Satterfield, Mike
711 Santa Fe Dr #137
Weatherford, TX 76086


Sean McEnany
3300 W. Park Blvd., #2150
Plano, TX 75075

Sewell, Cecilia
1525 Ringgold Ave
Coushatta, LA 71019

Shea, Micheal
825 Old Alma Dr
Plano, TX 75025

Shroff, Tejas

Simmons, Blake
2837 Stratford Ln
Flower Mound, TX 75028

Skoglund, Kyle
525 Amy Jo Circle
Aurbrey, TX 76227

Soverign Bank
PO Box 12707
Reading, PA 19612

Squire, Haskins
10999 Petal Street #103
Dallas, TX 75283

Staples Credit Plan
PO Box 689020
Des Moines, IA 50368

Suggs, Steven
405 Arthur Dr
Hurst, TX 76053

Sutton, John
1203 Oak Timber Dr
Euless, TX 76039

Sweet, Ranson
5651 West Amherst
Dallas, TX 75209

Sydow, Karl F
1315 Moran
Dallas, TX 75218

Tex-Air Parts
3724 N Commerce St
Fort Worth, TX 76106

Texas Workforce Commission
TEC Building - Bankruptcy
101 East 15th Street
Austin, Texas 78778

Thomas, Brad
400 Lawndale
Richardson, TX 75080

United States Trustee
1100 Commerce Street
Room 976
Dallas, Texas 75242

Van Zyl, Bernie
1724 Garrison Dr
Frisco, TX 75034

Wamu/Chase
PO Box 94014
Palatine, IL 60094

Wardrup, Chad
6016 Durango Dr
The Colony, TX 75056


Warren, Ash
2813 Bluff view Drive
Lewisville, TX 75067


Webb, Ronnie
4114 Bradley Ln
Arlington, TX 76017


Weichmann, April
2206 Red Bluff Drive
Carrollton, TX 75007


Weitzel, Celia
9015 Oakwind Ct
Dallas, TX 75243


Wells Fargo Credit
PO Box 54349
Los Angeles, CA 90054


Westgrove Air Plaza Ltd.
C/O Regis Property Mgt. Inc.
14185 Dallas Parkway Suite 110
Dallas, TX 75240


Williams, Michael
1903 48th Ave NW
Norman, OK 73072


Winstar Aviation
4570 Westgrove Rd. Ste. 145
Addison, TX 75001

Wirth Business Credit
PO Box 94425
Seattle, WA 98124


Wood, Windy
217 Bernburg
College Station, TX 77845


Wright, Frank
2305 W Burckingham #1060
Garland, TX 75042


Yarbro, Scott
2100 Valley Forge Dr
Plano, TX 75075